# Court of Appeals
# of the State of Georgia

ATLANTA,  August 29, 2018

*The Court of Appeals hereby passes the following order:*

## A19A0136. JERMAINE D. LANIER v. THE STATE.

In September 2015, Jermaine D. Lanier pled guilty to theft by receiving and possession of a firearm by a convicted felon. In 2018, Lanier filed a "Motion to Correct Sentence Error" arguing that he was improperly convicted and sentenced because he had already been tried and sentenced for the same offenses in federal court. The trial court construed the motion as one alleging a void conviction and denied the motion. Lanier appeals this ruling.

The Supreme Court has made clear that a motion seeking to challenge an allegedly invalid or void judgment of conviction "is not one of the established procedures for challenging the validity of a judgment in a criminal case" and that an appeal from the denial of such a motion is subject to dismissal. *Roberts v. State*, 286 Ga. 532, 532 (690 SE2d 150) (2010). Because Lanier is not authorized to collaterally attack his conviction in this manner, his appeal is hereby DISMISSED. See id.; *Harper v. State*, 286 Ga. 216, 218 (1) (686 SE2d 786) (2009); *Matherlee v. State*, 303 Ga. App. 765, 766 (694 SE2d 665) (2010).



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  08/29/2018*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*